UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
JAN 3 0 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

Kenda Palmer.
Petitioner

4:10cr 113

Case No: 4:10CR0013-001

V.

United States

Motion to Amend

---

COMES NOW, the defendant. Kenda Palmer, Pro Se and requests upon this HOnorable Court to amend the Defendant's Judgement and Commitment Order to indicate her participation in the Imate Financial Responsibility Program is waived. Ms. Palmer has participated with payments in excess of $100 per month since July 2011. These payments are being paid by her mother because IFRP "refusal" at Alderson would cause Ms. Palmer to lose her living quarters. The defendant's mother takes care of her two children ages 5 and 2. THe inmate Financial Responsibility Program is not required while incarcerated. Participation is voluntary as clarified in the case U.S. vs Munoz-F.3d- (7th circuit, July 9, 2010) 2010 No. 09-1118, June 11, 2010 and U.S. vs Boyd 609F.3d331 (7th Circuit 2010 U.S. court of Appeals).

If the court still requires participation, the defendant requests a fixed amount be ordered for no more than 25.00 per quarter with the remainder of restitution to be paid 60 days after defendant's release from Bureau of Prisons at $200.00 per month as orginally stated in her judgement and commitment Order. The defendant earns $11.41per month with no opportunity for increase and prays the burden of her restitution not be placed upon her mother during her incarceration.

The defendant humbly prays for any and all relief possible.
Respectfully Submitted this  26  day of January . 2012

Kenda Palmer
Federal Prison Camp Alderson
P.O. Box A. Unit A4
Alderson. WV 24910

Kenda Palmer 57148-083
Federal Prison Camp - Alderson
P.O. Box A, Unit A4
Alderson, WV 24910

Honorable Dunbar
Walter E. Hoffman Courthouse
600 Granby Street
Norfolk, VA 23510