## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Virginia Norfolk Division |
|---|---|---|

Name (under which you were convicted): Kenda Palmer

Docket or Case No.: 4:10CR00113-001

Place of Confinement: Alderson Federal Prison Camp

Prisoner No.: 57742-083

UNITED STATES OF AMERICA

v.

Movant (include name under which you were convicted): Kenda Palmer

FEB - 8 2012
CLERK                COURT

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

United States District Court
Eastern Division of Virginia
Norfolk Division
600 Granby St.
Norfolk, VA 23510

(b) Criminal docket or case number (if you know): 4:10CR00113-001

2. (a) Date of the judgment of conviction (if you know): ~~scribbled out~~

(b) Date of sentencing: May 10, 2011

3. Length of sentence: 48 months

4. Nature of crime (all counts):

18 USC 1349 Conspiracy to Commit Bank Fraud

5. (a) What was your plea? (Check one)

(1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

Conspiracy to Commit Bank Fraud — guilty plea
Bank Fraud — Not guilty

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑

9. If you did appeal, answer the following:

 (a) Name of court:

 (b) Docket or case number (if you know):

 (c) Result:

 (d) Date of result (if you know):

 (e) Citation to the case (if you know):

 (f) Grounds raised:

 (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑

 If "Yes," answer the following:

 (1) Docket or case number (if you know):

 (2) Result:

 (3) Date of result (if you know):

 (4) Citation to the case (if you know):

 (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions,

 petitions, or applications concerning this judgment of conviction in any court?

 Yes ☑   No ☐

11. If your answer to Question 10 was "Yes," give the following information:

 (a) (1) Name of court: Southern District of West Virginia, Beckley Division

 (2) Docket or case number (if you know):

 (3) Date of filing (if you know): 8|19| 2011

(4) Nature of the proceeding: Habeas Corpus Pursuant to
28 U.S.C Section 2241

(5) Grounds raised:

Second chance Act

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?     Yes ☐   No ☑

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?     Yes ☐   No ☐

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

    (1) First petition:        Yes ☐   No ☐

    (2) Second petition:     Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Offense Level was too high. 4 points for leadership rule and organizer. USSG 3.B1.1(a)

(b) Direct Appeal of Ground One:

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☐
    (2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐  No ☑
    (2) If your answer to Question (c)(1) is "Yes," state:
    Type of motion or petition:
    Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

two level enhancement 2B1.1(b)(10)(c)
Unauthorized transfer. I have my own NAVY Federal
Account that had money in it that I transferred to
someone else's Account. I have authority over my own Account.

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ❑

    (2) If you did not raise this issue in your direct appeal, explain why:


(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:


    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):


    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:


    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND THREE:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

two level enhancement 2B1.1(b)(9)(c) Sophisticated Means. Just because I am the only female indicted I felt like they were saying I'm smarter because of my sex.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ❑   No ❑

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ❑   No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


**GROUND FOUR:**


(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Ineffective Counsel. My attorney should have fought for added on enhancements before plea was given. Attorney should not tell you how much time you would get so you would take the plea and then get more time than expected. Also told me he represented a female named Michelle Adams whom I later met at Alderson who told me she never obtained him and he told her I got less time than what I did. To my knowledge know he's never really been a Criminal Attorney only bankruptcy.

(b)  **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑

    (2) If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑  No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑  No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

Thurston Harville

(b) At arraignment and plea:

Thurston Harville

(c) At trial:

(d) At sentencing:

Thurston Harville

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☑ No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: Probation Violation  EAstern District of Virginia Norfolk Division  12 Months

(b) Give the date the other sentence was imposed: 5/18/11

(c) Give the length of the other sentence: 12 months

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you
    must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not
    bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period
shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in
        violation of the Constitution or laws of the United States is removed, if the movant was
        prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if
        that right has been newly recognized by the Supreme Court and made retroactively
        applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been
        discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

(month, date, year).

Executed (signed) on _____ (date).

_____

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

# Inmate Inquiry

🖳 **PRINT**

| | | | |
|---|---|---|---|
| Inmate Reg #: | 57742083 | Current Institution: | Alderson FPC |
| Inmate Name: | PALMER, KENDA | Housing Unit: | ALD-A-D |
| Report Date: | 01-30-2012 | Living Quarters: | A04-371U |
| Report Time: | 2:53:41 PM | | |

General Information    |    Account Balances    |    Commissary History    |    Commissary Restrictions    |    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8505 |
| PAC #: | 976779580 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 6/6/2011 |
| Local Account Activation Date: | 6/7/2011 5:10:03 AM |

| | |
|---|---|
| Sort Codes: | |
| Last Account Update: | 1/25/2012 8:20:30 PM |
| Account Status: | Active |
| Phone Balance: | $0.06 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.99 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.99 |
| National 6 Months Deposits: | $1,366.40 |
| National 6 Months Withdrawals: | $1,370.23 |
| Available Funds to be considered for IFRP Payments: | $891.40 |
| National 6 Months Avg Daily Balance: | $17.39 |
| Local Max. Balance - Prev. 30 Days: | $106.14 |

*APR* Counselor  1/30/12

http://10.33.11.106/Truweb/InmateInquiryCombined.aspx                          1/30/2012



U.S. MARSHALS
INSPECTED

Court Clerk
United States District Court
Walter E. Hoffman Courthouse
600 Granby Street
Norfolk, VA 23510

Lde at

Kerri Palmer- 57743-083
Federal Prison Camp- Alderson
P.O. Box A, Unit A4
Alderson, WV 24910